**James E. POHRER, et al., Plaintiffs**

v.

**TITLE INSURANCE COMPANY OF MINNESOTA, Defendant.**

**TITLE INSURANCE COMPANY OF MINNESOTA, Third–Party Plaintiff**

v.

**HARRIMAN MORTGAGE INVESTORS, INC., Third–Party Defendant.**

**No. 85 C 8832.**

United States District Court, N.D. Illinois, Eastern Division.

Dec. 16, 1987.

*ORDER VACATING MEMORANDUM AND ORDER DATED JANUARY 14, 1987*

MORAN, Chief Judge.

THIS CAUSE comes before this Court on the Motion to Reconsider of Third–Party Defendant, Harriman Mortgage Investors, Inc., and the Motion for Reconsideration of Defendant, Title Insurance Company of Minnesota;

The Court having heretofore found and considered:

(1) This Court entered its Memorandum and Order on January 14, 1987 granting Plaintiffs' Motion for Summary Judgment as to Defendant's liability on Count I only, and denying Plaintiffs' Motion as to damages on Count I and denying Plaintiffs' Motion in all other respects;

(2) The January 14, 1987 Memorandum and Order denied the Summary Judgment motions of defendant, Title Insurance Company of Minnesota and of Third–Party Defendant, Harriman Mortgage Investors, Inc.;

(3) Third–Party Defendant, Harriman Mortgage Investors, Inc., filed a Motion to Reconsider and a supporting Memorandum, and Defendant, Title Insurance Company of Minnesota, filed a Motion for Reconsideration and supporting Memorandum;

(4) The above-described Motions and Memoranda raise numerous material matters not previously considered by this Court;

(5) The Court, not yet having ruled on said pending Motions, now deems it appropriate to vacate the Memorandum and Order entered on January 14, 1987.

IT IS THEREFORE ORDERED:

This Court's Memorandum and Order entered on January 14, 1987 is hereby vacated, and, having been vacated, has no precedential value. *Cohen v. Illinois Institute of Technology,* 524 F.2d 818, 829–30 n. 33 (7th Cir.1975), *cert. denied,* 425 U.S. 943, 96 S.Ct. 1683, 48 L.Ed.2d 187 (1976); *Gilmore Steel Corporation v. United States,* 585 F.Supp. 670, 674 n. 3 (C.I.T.1984).